IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,

  vs.

VIC KOMANEE, et al.,

        Defendants.

No. CIV S-03-1912 DFL DAD

ORDER

/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On April 4, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed April 4, 2005, are adopted in full;

        2. Plaintiff's motion for default judgment is granted in part and denied in part;

1

3.  Default Judgment is entered against defendant Anthony Palaferri on DirecTV's claims pursuant to 18 U.S.C. § 2511(1)(a) and 47 U.S.C. § 605(a); and

4.  No damages are awarded for defendant Palaferri's violation of 18 U.S.C.A. § 2511(1)(a) but $ 1,000 in damages is awarded, plus plaintiff's reasonable attorneys' fees and costs in the amount of $1,995.10, for defendant Palaferri's violation of 47 U.S.C.A. § 605(a).

DATED:   6/23/2005

      /s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/directv1912.jo