UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814



FILED

JUN 2 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Directv, Inc.,

v.

Vic Komanee, et al.,

**DEFAULT JUDGMENT**

Case No. CIV S-2:03-CV-1912 DFL DAD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Anthony Palaferri**

June 24, 2005

JACK L. WAGNER, CLERK

By: _____
L. Reader, Deputy Clerk